UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:   WHITNEY DESIGN, INC.,   ) | Case No. 09- 51928-705 |
| ) | Chapter 11 |
| Debtor.   ) | |
| WHITNEY DESIGN, INC.,   ) | |
| Movant,   ) | |
| v.   ) | |
| UNITED STATES OF AMERICA,   ) | |
| Respondent.   ) | |

**APPELLANT UNITED STATES OF AMERICA'S DESIGNATION OF ITEMS FOR INCLUSION IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellant United States of America designates the following items to be included in the record on appeal with respect to its Notice of Appeal filed February 11, 2010 (Docket No. 93).

| DESIGNATED NUMBER | DATE OF FILING | DOCKET NUMBER | DESCRIPTION OF ITEM |
|---|---|---|---|
| 1 | 11/21/09 | 1 | Chapter 11 Voluntary Petition |
| 2 | 11/21/09 | 3 | Action By Consent in Lieu of a Meeting of the Board of Directors of Whitney Design, Inc. |
| 3 | 11/21/09 | 4 | Corporate Ownership Statement (Rule 7001.1) |
| 4 | 11/21/09 | 5 | List of Equity Security Holders |
| 5 | 11/21/09 | 8 | Motion for Entry of Interim Order and Final Order Authorizing (A) Use of Cash Collateral, (B) Entering Into Postpetition Financing Arrangements, (C) Granting Secured, Superpriority Claims and Liens, and (D) Providing Adequate Protection |

| 6 | 11/21/09 | 12 | Declaration of Mark J. Brown in Support of Chapter 11 Petition and Various Requests for First-Day Relief |
| --- | --- | --- | --- |
| 7 | 11/21/09 | 13 | Application for Employment of Brent A. Baxter of Clayton Capital Partners as Chief Sales Officer of Debtor and Debtor-In-Possession |
| 8 | 11/23/09 | 21 | Verified Statement of Armstrong Teasdale LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure |
| 9 | 11/25/09 | 27 | Interim Order Approving Application for Employment of Brent A. Baxter as Chief Sales Officer of Debtor and Debtor In Possession |
| 10 | 11/25/09 | 30 | Interim Order (I) Authorizing Secured Postpetition Financing on a Superpriority Basis Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection Pursuant to Section 363 and 364 of the Bankruptcy Code and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) |
| 11 | 11/25/09 | 31 | Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances, Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
| 12 | 11/30/09 | 36 | Motion to Expedite Hearing |
| 13 | 12/1/09 | 39 | Objection of Home Products International, Inc. to Motion to Expedite Hearings on (1) Debtor's Motion to Approve Sale and to Establish Bidding Procedures and (2) Debtor's Motion to Authorize Assumption of Sales Representative and Independent Contractor Agreements |

| 14 | 12/04/09 | 45 | Order (A) Establishing Sale and Bidding Procedures, (B) Scheduling Hearing to Approve Sale of Assets and Assumption and Assignment of Executory Contracts, and (C) Approving Expense Reimbursement |
| 15 | 12/7/09 | 47 | Schedule A, Schedule B, Schedule D, Schedule E, Schedule F, Schedule G, Summary of Schedules, Declaration Concerning Debtor's Schedules |
| 16 | 12/7/09 | 48 | Statement of Financial Affairs |
| 17 | 12/16/09 | 52 | Final Order Approving Application for Employment of Brent A. Baxter as Chief Sales Officer of Debtor and Debtor In Possession |
| 18 | 12/17/09 | 53 | Statement of Financial Affairs Amended and Restated |
| 19 | 12/21/09 | 57 | Final Order (I) Authorizing Secured Postpetition Financing on a Superpriority Basis Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection Pursuant to Section 363 and 364 of the Bankruptcy Code; and Notice of Deadline to Commence an Adversary Proceeding Pursuant to Federal Rule of Bankruptcy Procedure 7001(2) |
| 20 | 12/21/09 | 58 | Transcript of Hearing held December 2, 2009 |
| 21 | 12/21/09 | 59 | Notice of Deadlines Related to Objecting to Credit Bidding Pursuant to 11 U.S.C. § 363(k) |
| 22 | 1/8/10 | 66 | Objection of United States of America to Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |

| 23 | 1/11/10 | 67 | Notice of Hearing on Credit Bidding Objection |
| 24 | 1/11/10 | 68 | Notice of Removal of Hearing from January 12, 2010 Docket |
| 25 | 1/11/10 | 69 | Exhibits to Objection of United States of America to Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
| 26 | 1/13/10 | 70 | Declaration of Brent A. Baxter in Support of Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
| 27 | 1/13/10 | 71 | Memorandum in Support of Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
| 28 | 1/13/10 | 72 | Debtor's Response to the Objection of the United States of America to Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |

| 29 | 1/13/10 | 74 | Declaration of Mark J. Brown in Support of Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
|---|---|---|---|
| 30 | 1/15/10 | 76 | Debtor-In-Possession Operating Report for Filing Period November 21, 2009 - December 31, 2009 |
| 31 | 1/19/10 | 77 | Memorandum in Support of the Motion of the United States of America for a Stay Pending Appeal of the Order Approving the Debtor's Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
| 32 | 1/19/10 | 78 | Memorandum in Opposition to Granting of a Stay of the Sale Order Pending Appeal |
| 33 | 1/19/10 | 79 | Eagle Fund I, L.P.'s Joinder in Whitney Design, Inc.'s Memorandum in Opposition to Granting of a Stay of the Sale Order Pending Appeal |
| 34 | 1/19/10 | 80 | Household Essentials, LLC et al's Opposition to Stay of Sale Order Pending Appeal |
| 35 | 1/19/10 | 81 | Joinder of Enterprise Bank & Trust Company in Debtor's Opposition to Granting of a Stay of the Sale Order Pending Appeal |
| 36 | 1/19/10 | 82 | Order Sustaining in Part the Objection |

| 37 | 1/21/10 | 83 | First Amendment to the Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
| --- | --- | --- | --- |
| 38 | 1/25/10 | 84 | Notice of Filing of Second Amended Asset Purchase Agreement by and between Whitney Design, Inc. and Household Essentials, LLC |
| 39 | 1/28/10 | 85 | Order Regarding Language in the Asset Purchase Agreement |
| 40 | 1/28/10 | 86 | Notice of Filing of Third Amended Asset Purchase Agreement by and between Whitney Design, Inc. and Household Essentials, LLC |
| 41 | 1/29/10 | 87 | Transcript of Hearing Held January 14, 2010 |
| 42 | 1/29/10 | 88 | Order Granting Amended Motion to Sell |
| 43 | 1/29/10 | 89 | Memorandum Opinion in Support of Order Granting the Amended Motion to Sell |
| 44 | 1/29/10 | 90 | Order Denying Oral Motion Pursuant to Federal Rule of Bankruptcy Procedure 8005 for Stay of Effectiveness of Order Granting the Amended Motion to Sell, Pending Its Appeal |
| 45 | 2/1/10 | 91 | Debtor's Report of Closing of Sale Transaction |
| 46 | 2/1/10 | 92 | Debtor's Amended Report of Closing of Sale Transaction |
| 47 | 2/11/10 | 93 | Notice of Appeal |
| 48 | 2/11/10 | 94 | Appellant United States of America's Election That Appeal Be Heard by the United States District Court |
| 49 | 2/11/10 | 95 | Civil Cover Sheet Regarding Notice of Appeal and Election That Appeal Be Heard by the United States District Court |

| | | | |
|---|---|---|---|
| 50 | 2/11/10 | 96 | Notice to Filer of Errors in Electronically Filed Documents |
| 51 | 2/11/2010 | 101 | Debtor-In-Possession Operating Report for Filing Period January 2010 |
| 52 | 12/12/09 | N/A | Proof of Claim of United States Customs and Border Protection filed December 12, 2009, in *In re Whitney Design, Inc.*, Case No. 09-51928, pending in the United States Bankruptcy Court for the Eastern District of Missouri (Claim No. 3) |
| 53 | 1/6/10 | N/A | Proof of Claim of Internal Revenue Service filed January 6, 2010, in *In re Whitney Design, Inc.*, Case No. 09-51928, pending in the United States Bankruptcy Court for the Eastern District of Missouri (Claim No. 5) |
| 54 | 2/2/2010 | N/A | Amended Proof of Claim of Internal Revenue Service filed February 2, 2010, in *In re Whitney Design, Inc.*, Case No. 09-51928, pending in the United States Bankruptcy Court for the Eastern District of Missouri (Amended Claim No. 5) |
| 55 | N/A/ | N/A | Official Court Docket Sheet for *In re Whitney Design, Inc.*, Case No. 09-51928, pending in the United States Bankruptcy Court for the Eastern District of Missouri |

This 24th day of February 2010.

Respectfully submitted,

TONY WEST
Assistant Attorney General

RICHARD G. CALLAHAN
United States Attorney

WESLEY WEDEMEYER
Assistant United States Attorney
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor

St. Louis, MO 63102
(314) 539-3900
(314) 539-2309 (f)

 //s// *Matthew J. Troy*
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
MATTHEW J. TROY
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9038
(202) 307-0494 (f)

Attorneys for the United States of America

-8-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February 2010 a copy of the foregoing Designation of Items for Inclusion in the Record on Appeal was filed electronically with the Clerk of the Court, and served electronically upon participants in the Court's CM/ECF system, including:

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

David A. Warfield
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

David A. Sosne
Summers Compton Wells PC
8909 Ladue Road
St. Louis, MO 63124

Marshall C. Turner
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Gregory D. Willard
Bryan Cave
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

John Talbot Sant
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

/s// *Matthew J. Troy*
Matthew J. Troy
Attorney for the United States of America