UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 09-51928-705 |
| WHITNEY DESIGN, INC., | ) | |
| | ) | Chapter 11 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Appellant. | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| WHITNEY DESIGN, INC., | ) | |
|     Appellee, | ) | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
FOR INCLUSION IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee Whitney Design, Inc. designates the following items to be included in the record on appeal with respect to the Notice of Appeal filed by Appellant, the United States of America, on February 11, 2010 (Docket No. 93).[1]

| DESIGNATED NUMBER | DATE OF FILING | DOCKET NUMBER | DESCRIPTION OF ITEM |
|---|---|---|---|
| 56 | 11/25/2009 | 29 | Motion for Order Authorizing Debtor to Assume Certain Sales Representative Agreements and Independent Contractor Agreements |
| 57 | 11/30/2009 | 38 | Certificate of Service of Debtor's Motion for Orders (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims and Encumbrances, Subject to Higher and Better Offers, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Establishing Sale and Bidding Procedures, and (D) Approving Expense Reimbursement |
| 58 | 12/01/2009 | 40 | Notice of Appearance and Request for Notice by David A. Sosne for Interested Party Home Products International, Inc. |

---

[1] Notwithstanding this Designation, the Appellee reserves all of its rights to argue that this appeal should be dismissed for the reasons to be set forth in the Appellee's Motion to Dismiss.

| 59 | 12/02/2009 | 43 | Order Granting Motion to Assume Certain Sales Representative Agreements and Independent Contractor Agreements |
| 60 | 12/10/2009 | 49 | Notice of Appearance and Request for Notice by Wesley D. Wedemeyer for Creditor United States of America |
| 61 | 12/15/2009 | 50 | Certificate of Service of Order (A) Establishing Sale and Bidding Procedures, (B) Scheduling Hearing to Approve Sale of Assets and Assumption and Assignment of Executory contracts, and (C) Approving Expense Reimbursement |
| 62 | 12/28/2009 | 60 | Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases |

Respectfully submitted,

THOMPSON COBURN LLP

By  */s/ David A. Warfield*
   David A. Warfield, #4642
   Allison E. Graves, #5217003
   One US Bank Plaza
   St. Louis, Missouri  63101
   (314) 552-6015 (Phone)
   (314)-552-7015 (Fax)

Attorneys for Whitney Design, Inc.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and genuine copy of the foregoing was served electronically on this 10th day of March, 2010 on all parties receiving notice via the Court's CM/ECF notice list, including Matthew J. Troy, U.S. Dept. of Justice Civil Division and Wesley D. Wedemeyer, Assistant U.S. Attorney, and was also placed in the United States mail, postage prepaid to the following:

Thomas E. Biron on behalf of Interested Party Home Products International, Inc.
Blank Rome, LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

- 3 -

Daniel R. Johnson on behalf of Creditor Bajer Design & Marketing, Inc.
Ryan Kromholz & Manion, S.C.
PO Box 26618
Milwaukee, WI 53226


                                                  */s/  David A. Warfield*